MARY NEWTON, Appellant, *v.* DANIEL E. WADE et al.,
Doing Business as WADE BROS. & Co., Respondents.

(Argued April 19, 1934; decided May 22, 1934.)

*Jacob Rosenberg* and *George Gordon Battle* for appellant.
*R. D. Murray* and *Edward H. Lockwood* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.